# United States District Court

**FILED**
FEB 1 7 2006

EASTERN DISTRICT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Xmission.com LLC
51 East 400 South, Suite 200
Salt Lake City, Utah 84103

**SEARCH WARRANT**

CASE NUMBER: 1: 05 SW 00224 SMS

ORIGINAL

TO: Agents of the U.S. Department of Homeland Security and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent Mike Prado  who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
INTERNET SERVICE/ELECTRONIC MAIL PROVIDER XMISSION LLC, FURTHER DESCRIBED IN ATTACHMENT "A" HERETO AND MADE A PART HEREOF

in the  EASTERN  District of  CALIFORNIA  there is now concealed a certain person or property, namely (describe the person or property)
STORED CONTENTS OF ELECTRONIC MAIL ASSOCIATED WITH ACCOUNT MORE FULLY DESCRIBED IN ATTACHMENT "B" HERETO AND MADE A PART HEREOF, which is evidence of violations of Title 18, United States Code, Section 2252, Possession of Child Pornography.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  8/20/05
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to  SM SNYDER
as required by law.                                                             U.S. Judge or Magistrate

8/10/05  1:40 p.m.
Date and Time Issued

SM SNYDER
US Magistrate Judge
Name and Title of Judicial Officer

at  Fresno, California
City and State

[Signature]
Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/10/05 | 8/11/05 0900 | Xmission.com Custodian of records |

INVENTORY MADE IN THE PRESENCE OF

S/A E. Simmons

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1.) One disk containing subscriber information and stored email content of customer Cyril Martinez.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   2/17/06
U.S. Judge or Magistrate   Date

## ATTACHMENT "A"

THE PREMISES known as Xmission.com LLC, Custodian of Records, 51 East 400 South, Suite 200, Salt Lake City, Utah, 84103, 801-539-0852 (office), 801-539-0853 (fax).

## ATTACHMENT "B"

All Xmission.com subscriber information, stored electronic communications, including Email (sent and received), digital images, buddy list(s), and any other files associated with User and/or User account(s) identified as:

1. cyril@xmission.com